**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                  Case No: 8:26-bk-01995-CPM
                                                        Chapter 13

CHRISTINA T EMORE


_____Debtor(s)____/


## CERTIFICATE OF SERVICE

I HEREBY certify that on **March 20, 2026**, a true and correct copy of the below named paper or pleading was delivered, by U.S. mail or electronic mail, to the recipients as listed and addressed to all creditors on the matrix (attached).


1.      Schedules A - J and Summary of Assets, *Statement of Financial Affairs, Statement of Monthly Income and Disposable Income Calculation, Disclosure of Compensation*  **[DE#10]**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Middle District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and Rule 9013-1.


Respectfully Submitted:


By:   __/S/ Christina A. Fiallo_____
        Christina Alexandra Fiallo
        Florida Bar No. 92376

Dated:___3/20/2026_____

**FIALLO LAW**
*Attorney for Debtor*
8000 Governors Square Blvd., Ste. 402
Miami Lakes, FL 33016
Office: 305-222-7715
Facsimile: 305 357-9233
Service: service@fiallolaw.com

## <u>SERVICE LIST</u>

**The following parties were served via the Notice of Electronic Filing**

Paul Wilfred Cervenka on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
paul.cervenka@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Daryl Smith
jwflecf@trustee13.com

United States Trustee - TPA7/13, 7
USTPRegion21.TP.ECF@USDOJ.GOV

Angela Welch
welchtrustee@gmail.com, aesposito@ecf.axosfs.com

**All parties on the attached list were served via USPS regular Mail.**

Label Matrix for local noticing
113A-8
Case 8:26-bk-01995-CPM
Middle District of Florida
Tampa
Fri Mar 20 11:31:26 EDT 2026

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICI
PO Box 10826
Greenville, SC 29603-0826

United States Trustee - TPA7/13 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

American Express
c/o Modlin Slinsky, PA
1551 Sawgrass Corp Pkwy, 110
Sunrise, FL 33323-2832

American Express - RA
C T CORPORATION SYSTEM
Registered Agent
1200 SOUTH PINE ISLAND ROAD
Plantation, FL 33324-4459

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998-1535

Attorney General of the
United States
Dept. of Justice - Rm 4400
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
4 FL
Sherman Oaks, CA 91411

Capital One
PO BOX 30285
Salt Lake City, UT 84130-0285

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

Discover Bank - RA
C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND RD
Fort Lauderdale, FL 33324-4459

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Elan Fin Svcs/ssb
Cb Disputes
Saint Louis, MO 63166

Festus Emore, Jr
309 9th St NE
Ruskin, FL 33570-7616

Florida Pediatric Assoc
1800 Dr MLK Jr St N
Saint Petersburg, FL 33704-4222

Internal Revenue Service
Centralized Insolvency Operations
POB 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Manatee Memorial Hospital
8831 Park Central Dr., Ste,
Richmond, VA 23227-1147

(p)NADERPOUR AND ASSOCIATES P A
ATTN AMIR NADERPOUR
1000 W MCNAB ROAD
3RD FLOOR
POMPANO BEACH FL 33069-4719

Newrez
Attn: Bankruptcy
POB 10826
Greenville, SC 29603-0826

Small Business Administration
Office of General Counsel
409 3rd Street, SW
Washington, DC 20416-0011

Syncb/Rooms To Go
Attn: Bankruptcy
Po Box 965065
Orlando, FL 32896-5065

Transword System, Inc
500 Virginia Dr., Ste 514
Fort Washington, PA 19034-2733

U.S. Attorney's Office
Middle District of Florida
400 N. Tampa Street, Ste. 32
Tampa, FL 33602-4719

Wells Fargo Bank NA
Attn: Bankruptcy
POB 393
Minneapolis, MN 55480-0393

Wells Fargo Bank, N,A. RA
c/o Corporation Service Comp
1201 Hays Street
Tallahassee, FL 32301-2699

Zwicker & Associates, P.C
700 W Hillsboro Blvd.
Building 2; Suite 201
Deerfield Beach, FL 33441-1616

Angela Welch
12191 W. Linebaugh Ave. #401
Tampa, FL 33626-1732

Christina A Fiallo
Fiallo Law
8000 Governors Square Blvd.
Ste 402
Miami Lakes, FL 33016-6205

Christina T Emore
309 9th St NE
Ruskin, FL 33570-7616

Daryl Smith
Daryl J. Smith, Standing Chapter 13 Trus
P.O. Box 25001
Bradenton, FL 34206-5001

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial
Attn: Bankruptcy
Po Box 30943
Salt Lake City, UT 84130

(d)Internal Revenue Service
Special Procedures, Insolvency Section
51 SW 1 St Ave., Rm 1114
Miami, FL 33130

M&T Credit Services
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

Naderpour & Associates, P.A.
2743 Hollywood Blvd.,
Hollywood, FL 33020

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31